IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cr-30106-DWD |
| | ) |
| CURSTAN D. STIFF, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Curstan D. Stiff's Motion for Early Termination of Supervised Release (Doc. 3). Defendant was convicted of Conspiracy to Possess with Intent to Distribute Cocaine. The district court in the Eastern District of Missouri sentenced Defendant to 60 months of imprisonment, to be followed by a term of supervised release of four years. He was also ordered to pay a fine of $15,000.00 and a special assessment of $100.00. Defendant began his term of supervised release on December 13, 2022, and has paid both of his financial obligations.

Defendant, who has maintained fulltime employment from the time of his release, has completed one year of supervised release. The Government and the United States Probation Office do not oppose the request for early termination. The Probation Office indicates that (1) Defendant has demonstrated the ability to reintegrate into the community as a productive member of society; (2) has had no issues with substances and has tested negative for all substances on every drug test conducted; (3) is active in

in a non-profit organization that works with the community to reduce gun violence; (4) is actively involved in youth mentorship, worship services, and other positive community outreach projects; and (5) has a strong support network. Finally, the Probation Office describes Defendant as being "passionate about sharing his life experiences to troubled youth in an effort to deter them from choosing the wrong path."

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Hopkins' supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release

(Doc. 3) is **GRANTED**. The previously imposed term of probation is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 9, 2024

DAVID W. DUGAN
United States District Judge